IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

The Court acknowledges the Joint Stipulation of Dismissal with Prejudice, dkt. 35.
JPH, 5/20/2021
Distribution via ECF

| | |
|---|---|
| JOHN STRANGE, ) | |
| ) | |
| Plaintiff ) | Cause No.: 1:20-cv-01837-JPH-MJD |
| ) | |
| vs. ) | |
| ) | |
| BALKAMP, INC., ) | |
| Defendant ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, John Strange, and Defendant, Balkamp, Inc., by counsel, pursuant to Fed. R. Civ. Proc. 41(a)(1), stipulate to the dismissal of all claims in this cause of action, with prejudice, and each party to bear its own costs.

Dated: May 18, 2021.

Respectfully submitted,

By: */s/Paul J. Cummings*
Paul J. Cummings
1634 W Smith Valley Road, Suite B
Greenwood, IN 46142
Paul.Cummings@HHCFirm.com

*Attorney for Plaintiff*

*/s/James B. Taylor (w/permission)*
Patricia E. Simon
James B. Taylor
Martenson, Hasbrouck & Simon LLP
2573 Apple Valley Road NE
Atlanta, GA 30319
pesimon@martensonlaw.com
jtaylor@martensonlaw.com

*Attorneys for Defendant*